AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**COMPASS HOMES, INC.,**

      **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**CASE NO.   2:13-cv-779**

**HERITAGE CUSTOM**       **CHIEF JUDGE EDMUND A. SARGUS, JR.**
**HOMES, LLC, et al.,**       **MAGISTRATE JUDGE NORAH MCCANN KING**

      **Defendants.**

\_\_\_\_\_ **Jury Verdict.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.**   A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the OPINION AND ORDER filed February 4, 2015, JUDGMENT is hereby entered DISMISSING this case.**

Date:   February 4, 2015       RICHARD W. NAGEL, CLERK

      */S/ Andy F. Quisumbing*
      (By) Andy F. Quisumbing
      Courtroom Deputy Clerk